IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

STEVEN RICHARD BRODIE                           Case No. 09-71217-SCS
                                                Chapter 7

       Debtors.

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

    Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "US Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Fat Brain Toys<br>P.O. Box 649<br>Elkhorn, NE 68022-0649 | $4.34 |
| **TOTAL** | **$4.34** |

Dated: December 18, 2009

_Carolyn L. Camardo_
Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was sent via ECF or email, this 18th day of December, 2009 to:

Office of the US Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510

                                                       Carolyn L. Camardo, Trustee