# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

Norfolk      Division

In re  Steven Richard Brodie                               Case No.  09-71217

Debtor(s)                                        Chapter  7

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
| --- | --- |
| Bank of America<br>NC1-001-07-09 Attn: Julian Bennett<br>101 N. Tryon Street<br>Charlotte, NC 28255-0001 | $91.18 |

[If applicable: Continued on attached page(s).]

Date:     September 16, 2010                        *Carolyn L. Camardo*
                                                    (Signature of Trustee)

                                                    Carolyn L. Camardo, Trustee
                                                    (Typed Name of Trustee)

[runclmfd ver. R. 04/03]